**Electronically Filed
Supreme Court
SCPW-14-0001049
02-FEB-2015
12:26 PM**

SCPW-14-0001049

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICKEY A. MADDOX, Petitioner,

vs.

STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(CAAP-14-0001108; CAAP-14-0001109; S.P.P. NO. 13-10004(3);
CR. NOS. 07-1-0139 and 09-1-0284)

ORDER DENYING APPLICATION FOR WRIT OF HABEAS CORPUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Mickey A. Maddox's "Application for Writ of Habeas Corpus (Immediate Release of Prisoner)," filed on August 11, 2014, the documents attached thereto and submitted in support thereof, and the record, it appears that Petitioner currently seeks relief in the Intermediate Court of Appeals in appeals that were consolidated under CAAP-14-0001108 and Petitioner presents no special reason for invoking the supreme court's original jurisdiction. See Oili v. Chang, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976). Therefore,

IT IS HEREBY ORDERED that the application for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that all motions pending in this original proceeding are dismissed.

DATED: Honolulu, Hawaiʻi, February 2, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

